# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-cr-00166-01-BAH |
| ) | |
| JOHN GEORGE TODD III, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Comes now Ronna Holloman-Hughes, Assistant Federal Public Defender, and requests the Clerk to enter counsel's appearance in the above captioned cause on behalf of defendant, John George Todd III.

Respectfully submitted,

/s/ Ronna Holloman-Hughes
Ronna Holloman-Hughes
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
Phone: 816-471-8282
Fax: 816-471-8008
Attorney for Defendant

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on this 17th day of May 2022, and that a copy was electronically delivered to all participants of the ECF filing system, pursuant to the Electronic Case Filing system.

/s/Ronna Holloman-Hughes
Ronna Holloman-Hughes