

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN AND ST. JOSEPH DIVISIONS**
Charles Evans Whittaker Courthouse
400 E. 9ᵗʰ Street, Room 1510
Kansas City, Missouri, 64106
(816) 512-5000

Transfer of ☐ Criminal Case   or ☑ Magistrate Case
WDMO Case No.: 4:22-mj-00045-WBG-1      **Case Title:**  USA v John George Todd, III

Dear Sir/Madam:

**Pursuant to ☑ F.R.Cr.P. 5    ☐ F.R.Cr.P. 32**
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**   ☐ Supervised Release    ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any),
and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By  s/ Greg Melvin_____
Deputy Clerk

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to

Clerk, U.S. District Court

Date: _____          By: _____
Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JOHN GEORGE TODD III<br><br><br>Defendant | ) ) ) ) ) ) | Case: 1:22-mj-00095<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/3/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                              JOHN GEORGE TODD III                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2022.05.03
13:31:31 -04'00'

Date:      05/03/2022

*Issuing officer's signature*

City and state:              Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/3/2022  , and the person was arrested on *(date)*  5/10/2022<br>at *(city and state)*  Sibly, MO  .<br><br>Date:  5/10/2022<br><br>*Arresting officer's signature*<br><br>Aaron M. Seigel, FBI TFO<br>*Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN GEORGE TODD III<br>DOB: ▓▓▓▓ | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00095
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/3/2022
Description: COMPLAINT W/ ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;<br>18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;<br>40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;<br>40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings;<br>40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Michael Seigel, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____05/03/2022_____

2022.05.03
13:30:39 -04'00'

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:22-   00095
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/3/2022
Description: COMPLAINT W/ ARREST WARRANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Case No:** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| JOHN GEORGE TODD III, | : | **18 U.S.C. § 1752(a)(1),** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| Defendant. | : | **18 U.S.C. § 1752(a)(2),** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D),** |
| | : | **(Violent Entry or Disorderly Conduct)** |
| | : | **40 U.S.C. § 5104(e)(2)(E),** |
| | : | **(Impeding Passage Through the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104(e)(2)(G),** |
| | : | **(Parading, Demonstrating, or Picketing** |
| | : | **in a Capitol Building)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

   1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

1

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   May 3, 2022

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

2

Case: 1:22-mj .095
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/3/2022
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Aaron Seigel, is a Task Force Officer assigned to Federal Bureau of Investigation (FBI). In my duties as a task force officer, I investigate matters involving violations of Federal law. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a task force officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

According to records obtained through a search warrant which was served on Google, a mobile device associated with email accounts john.todd3662@gmail, wrestlingtrojan.jt@gmail.com, and wrestlingtrojan@gmail.com was present at the U.S. Capitol on January 6, 2021. Subscriber details associated all of these accounts to "John Todd". Google estimated the device location using multiple sources including GPS data, information about nearby Wi-Fi access points, and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. Where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device associated with the aforementioned email accounts and that it was within the U.S. Capitol building between 2:45 PM Eastern Standard Time (EST) and 4:24 PM EST on January 6, 2021.



Location data points of device associated with john.todd3662@gmail.com inside the U.S. Capitol on January 6, 2021.



Location data points of device associated with wrestlingtrojan.jt@gmail.com inside the U.S. Capitol on January 6, 2021.

2



Location data points of device associated with wrestlingtrojan@gmail.com inside the U.S. Capitol on January 6, 2021.

In March 2021, the FBI received a tip from Individual 1, who wished to remain anonymous. Individual 1 reported having an interaction with an unknown male in the Lee's Summit, Missouri area on March 6, 2021. Investigators later confirmed this male was John George Todd III. On May 2, 2021, FBI investigators interviewed Individual 1 who said Todd III admitted to being inside the U.S. Capitol on January 6, 2021. Individual 1 indicated that Todd III produced a cellular telephone and presented a video which appeared to depict him inside the U.S. Capitol building with numerous individuals. Additionally, Individual 1 stated the video showed Todd III smoking, what he claimed to be, a marijuana cigarette inside the U.S. Capitol. Individual 1 recalled asking Todd III how he came to be involved with the events that took place on January 6, 2021. Todd III explained to Individual 1 that a friend contacted him several weeks prior to January 6, 2021 and asked if he wished to "wreak havoc" at the U.S. Capitol. Todd III agreed to participate, and the friend paid for his airline ticket to the Washington, D.C. area, according to Individual 1.

On February 15, 2022, your affiant met with Individual 1, to present a copy of a photograph to them. Your affiant instructed Individual 1 to truthfully report whether the person depicted in the photograph was or was not the person with whom they interacted with at the bar in the Lee's Summit, Missouri area on or about March 6, 2021. Your affiant presented a color copy of the Missouri driver's license photograph belonging to the Subject. Individual 1 confirmed the photograph matched the man they interacted with on the aforementioned date and location. Furthermore, Individual 1 advised they saw the Subject at the same location during the second week of February 2022. Individual 1 expressed a willingness to testify, if necessary.

Your affiant reviewed images and videos captured in and around the U.S. Capitol on January 6, 2021 and compared them to Todd III's Missouri driver's license photograph; they appeared to depict the same person. Your affiant has also compared Todd III's driver's license photograph to a images from Todd III's Instagram account which were obtained via open-source methods. Legal process served upon Instagram confirmed the account belonged to "John Todd" with an associated email of: john.todd3662@gmail.com. The images appeared to depict the same person.

Your affiant located images and videos showing Todd III inside the building and on the grounds of the U.S. Capitol. These observations correlated with the location data points of the mobile device associated with email accounts john.todd3662@gmail, wrestlingtrojan@gmail.com, and wrestlingtrojan.jt@gmail.com as produced by Google. In body

3

worn camera footage obtained from the Metropolitan Police Department, Todd III was recorded yelling at law enforcement officers. At one point inside the rotunda, while near a law enforcement officer, Todd III yelled, "I swear to God, I'll hip toss your ass into the fuckin' crowd, mother fucker!" Your affiant also located video footage of Todd III being handed an unidentified object, placing the object to his lips, and exhaling white smoke while in the U.S. Capitol building rotunda, which corroborates the observations reported by Individual 1. The video and images showed Todd III attired in a red hooded sweatshirt with white lettering on the chest reading "Make America Great Again" and gold cursive lettering on the garment's lower front. Also, Todd III carried a multi-color backpack (green, red, yellow, and black).

While reviewing video, investigators identified Todd III's general movements through the U.S. Capitol building on January 6, 2021. It should be noted that the foregoing time stamps are formatted in Universal Coordinated Time (UTC). The reviewed video showed Todd III entering the U.S. Capitol building on January 6, 2021 via the Upper West Terrace door at 19:44 (UTC). Todd III entered the Rotunda through the west door at 19:45 (UTC) and then left via the north door. Todd III reappeared in the Rotunda using the north door at about 19:52 (UTC). Video showed Todd III interacting with an unidentified individual in the Rotunda and smoking some type of cigarette at 19:53 (UTC). At about 19:54 (UTC), Todd III exited the Rotunda via the east door and returned at 19:56 (UTC). At about 20:16 (UTC), Todd III exited the Rotunda using the east door and proceeded east, exiting the Capitol building via the east door at 20:18 (UTC).



*(Left) Todd III wearing a multi-colored backpack inside the U.S. Capitol rotunda on January 6, 2021; (top right) Todd III appearing to smoke inside the U.S. Capitol rotunda on January 6, 2021; (bottom left) Todd III threatening police in the U.S. Capitol rotunda on January 6, 2021.*

4



*Images from John Todd III's Instagram Account*



*Images of John George Todd III inside and on the grounds of the U.S. Capitol on January 6, 2021.*

Based on the foregoing, your affiant submits that there is probable cause to believe that John George Todd III violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be

5

temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant further submits there is probable cause to believe that John George Todd III violated 40 U.S.C. § 5104(e)(2)(D, E, G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress, or either House of Congress; (E) obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Aaron Seigel
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of May 2022.

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | )  Case: 1:22-mj-00095 |
| v. | )  Assigned to: Judge Meriweather, Robin M. |
| JOHN GEORGE TODD III | )  Assign Date: 5/3/2022 |
| | )  Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                JOHN GEORGE TODD III                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2022.05.03
13:31:31 -04'00'

Date:     05/03/2022

*Issuing officer's signature*

City and state:          Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____                *Arresting officer's signature* |
| Aaron M. Seigel, FBI TFO |
| *Printed name and title* |

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  22mj45-01-WBG |
| JOHN GEORGE TODD, III | ) | |
| | ) | Charging District's Case No.  22mj95-01-RMM |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*

District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  5/10/22

_Defendant's signature_

_Signature of defendant's attorney_

Ronna Holloman-Hughes
_Printed name of defendant's attorney_

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No. 22-0045G-01--0- |
| JOHN GEORGE TODD III | ) | |
| _Defendant_ | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:

_Place_

on

_Date and Time_

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6)   The defendant is placed in the custody of:

Person or organization
Address (only if above is an organization)
City and state                                                                                                    Tel. No.
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                                                                        Custodian                                              Date

(☒) (7)   The defendant must:
(☒)   (a) submit to supervision by and report for supervision to the Pretrial Services Officer as directed.
          telephone number                          , no later than
(☒)   (b) continue or actively seek employment.
( )    (c) continue or start an education program.
( )    (d) surrender any passport to:
( )    (e) not obtain a passport or other international travel document.
(☒)   (f) abide by the following restrictions on personal association, residence, or travel:
          Western District of Missouri and Wyandotte and Johnson Counties in KS.
          And the District of Columbia, for court or attorney meetings.
(☒)   (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
          Not to associate with anyone that has been convicted or currently charged in Court with possession/sale of controlled substances.

( )    (h) get medical or psychiatric treatment:
          Mental Health Treatment as directed.

( )    (i) return to custody each                  at           o'clock after being released at           o'clock for employment, schooling, or the following purposes:

( )    (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(☒)   (k) not possess a firearm, destructive device, or other weapon.
(☒)   (l) not use alcohol ( ) at all (☒) excessively.
(☒)   (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
          medical practitioner.
(☒)   (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
          frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance
          screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance
          screening or testing.
(☒)   (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising
          officer.
( )    (p) participate in one of the following location restriction programs and comply with its requirements as directed:
          ( )      (i)      **Curfew.** You are restricted to your residence every day ( ) from              to              , or ( ) as
                            directed by the pretrial services office or supervising officer; or
          ( )      (ii)     **Home Detention.** You are restricted to your residence at all times except for employment; education; religious service;
                            medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                            activities approved in advance by the pretrial services office or supervising officer; or
          ( )      (iii)    **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
                            appearances or other activities specifically approved by the court; or
          ( )      (iv)     **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you
                            must comply with the location or travel restrictions as imposed by the court.
                            **Note**: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( )    (q) submit to the following location monitoring technology and comply with its requirements as directed:
          ( )      (i)      Location monitoring technology as directed by the pretrial services or supervising officer; or
          ( )      (ii)     Voice Recognition; or
          ( )      (iii)    Radio Frequency; or
          ( )      (iv)     GPS.

AO 199B (Rev. 10/20) Additional Conditions of Release

Page 3 of 4 Pages

( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
(☒) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
(☒) (t) *Report to Pretrial Services prior to any Court appearance.

☒ (u) Address any active warrants within 60 days of release.

AO 199B (Rev. 10/20) Additional Conditions of Release

Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i. e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)    an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)    an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)    any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)    a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Blue Springs, Missouri
_____
City and State

### Directions to the United States Marshal

(☒) The defendant is ORDERED released after processing.
(☐) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   05/10/2022

_____
Judicial Officer's Signature

Lajuana M. Counts, United States Magistrate Judge
_____
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Western District of Missouri |
| | ) | Case No.    22mj45-01-WBG |
| v. | ) | |
| | ) | District of Columbia |
| JOHN GEORGE TODD, | ) | Case No. 1:22-mj-095-RMM |
| | ) | |
| Defendant. | ) | |

## O R D E R

On May 10, 2022, defendant appeared with Federal Public Defender, Ronna Holloman-Hughes, on a warrant issued for a Complaint out of the United States District Court for the District of Columbia. Defendant freely and voluntarily waived the identity hearing and preliminary hearing and agreed to return to court in District of Columbia to answer the charges there. The government did not seek pretrial detention thus defendant was released on a personal recognizance bond and conditions of release were set and reviewed. Therefore, it is

ORDERED that the defendant, is directed to next appear on May 17, 2022 at 1:00 pm EDT via Zoom video conference. Video conference instructions have been provided to defendant.

/s/ Lajuana M. Counts
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
May 13, 2022

CLOSED

# U.S. District Court
# Western District of Missouri (Kansas City)
# CRIMINAL DOCKET FOR CASE #: <u>4:22–mj–00045–WBG</u>–1

Case title: USA v. Todd

Date Filed: 05/10/2022

Other court case number:  22mj95–RMM District of Columbia

Date Terminated: 05/13/2022

Assigned to: Magistrate Judge W. Brian Gaddy

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **John George Todd, III**<br>*TERMINATED: 05/13/2022* | represented by | **FPD**<br>Federal Public Defender<br>818 Grand Boulevard<br>Suite 300<br>Kansas City, MO 64106<br>(816) 471–8282<br>Email: leticia_robinett@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status:* |
| | | **Ronna Holloman–Hughes**<br>Federal Public Defender's Office – KCMO Walnut Street<br>1000 Walnut<br>Ste. 600<br>Kansas City, MO 64106<br>816–471–8282<br>Fax: 816–471–8008<br>Email: ronna_holloman–hughes@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active* |

**<u>Pending Counts</u>**

None

**<u>Disposition</u>**

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                         **<u>Disposition</u>**

None

**<u>Highest Offense Level</u>**
**<u>(Terminated)</u>**

None

**<u>Complaints</u>**                                **<u>Disposition</u>**

18 U.S.C. § 1752(a)( I )–
Entering and Remaining in a
Restricted Building or Grounds;

18 U.S.C. § 1752(a)(2)–
Disorderly and Disruptive
Conduct in a Restricted Building
or Grounds;

40 U.S.C. § 5104(e)(2)(D)–
Disorderly Conduct in a Capitol
Building;

40 U.S.C. § 5104(e)(2)(E)–
Impeding Passage Through the
Capitol Grounds or Buildings;

40 U.S.C. § 5104(e)(2)(G)–
Parading, Demonstrating, or
Picketing in a Capitol Building.

---

**<u>Plaintiff</u>**

**USA**                                  represented by   **Stefan Christopher Hughes**
                                                          United States Attorney's Office–KCMO
                                                          400 E 9th Street
                                                          Suite 5510
                                                          Kansas City, MO 64106
                                                          (816) 426–4314
                                                          Fax: (816)426–7080
                                                          Email: stefan.hughes@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Assistant US Attorney*
                                                          *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|

| 05/10/2022 | 1 | | RULE 5 as to John George Todd, III (1). (Attachments: # 1 arrest warrant redacted) (Chorny, Traci) (Entered: 05/10/2022) |
|---|---|---|---|
| 05/10/2022 | 2 | | Minute Entry for proceedings held before Magistrate Judge Lajuana M. Counts:<br><br>INITIAL APPEARANCE in Rule 5(c)(3) Proceedings and REMOVAL/IDENTITY HEARING as to John George Todd, III held on 5/10/2022: Defendant advised of the charges, penalties and rights. Defendant is charged by way of Complaint out of the District of Columbia 1:22−mj−0095−RMM. The Federal Public Defender was appointed and has assisted the defendant with filling out the Financial Affidavit (CJA 23 form). It will be filed in ECF.<br><br>The defendant waives his right to his identity hearing. The defendant also requested that his preliminary hearing be held in the District of Columbia.<br><br>Government did not seek pretrial detention. Court sets a personal recognizance bond. Conditions of release reviewed. Defendant shall next appear on Tuesday, May 17, 2022 at 1:00 p.m. EDT before Magistrate Judge Robin Meriweather via Zoom video conference. The video conference instructions were provided to defendant.<br><br>Order of removal to be filed.<br><br>Counsel appearing for USA: Stefan Hughes. Counsel appearing for Defendant: Ronna Holloman−Hughes. Pretrial/Probation Officer: Angela Palmerton. Time in court: 2:46pm to 3:03pm. To order a transcript of this hearing please contact Traci Chorny, 816−512−5789. This is a TEXT ONLY ENTRY. No document is attached. (Chorny, Traci) (Entered: 05/10/2022) |
| 05/10/2022 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John George Todd, III. Signed on May 10, 2022 by Magistrate Judge Lajuana M. Counts. (Chorny, Traci) (Entered: 05/10/2022) |
| 05/10/2022 | 4 | | AFFIDAVIT of Financial Status of John George Todd, III. (Chorny, Traci) (Entered: 05/10/2022) |
| 05/10/2022 | 5 | | WAIVER of Rule 5(c)(3) Hearings by John George Todd, III (Chorny, Traci) (Entered: 05/10/2022) |
| 05/10/2022 | 8 | | ORDER setting conditions of release as to John George Todd, III. Defendant released on a personal recognizance bond. Signed on May 10, 2022 by Magistrate Judge Lajuana M. Counts. (Chorny, Traci) (Entered: 05/13/2022) |
| 05/12/2022 | 7 | | BOND REPORT as to John George Todd, III. RECORD OF ORAL REPORT Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Augustine, Megan) (Entered: 05/12/2022) |
| 05/13/2022 | 9 | | ORDER OF REMOVAL to the District of Columbia 1:22−mj−095−RMM as to John George Todd, III. Signed on May 13, 2022 by Magistrate Judge Lajuana M. Counts. (Chorny, Traci) (Entered: 05/13/2022) |