# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00166-BAH |
| | : | |
| **JOHN GEORGE TODD III,** | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530

## CERTIFICATION

This is to certify that on this 17th day of May 2022 undersigned counsel served a copy of the foregoing Unopposed Motion For Protective Order on Defendant via CM/ECF, which will notify Defendant's counsel of record:

Ronna Holloman-Hughes
FEDERAL PUBLIC DEFENDERS
1000 Walnut
Suite 600
Kansas City, MO 64106
816-471-8282
Fax: 816-471-8008
Email: ronna_holloman-hughes@fd.org

                By:    /s/ Michael G. James
                        MICHAEL G. JAMES
                        Assistant United States Attorney
                        N.Y. Reg. No. 2481414
                        Office of the United States Attorney
                        Eastern District of North Carolina
                        (on detail to the USAO-DC)
                        150 Fayetteville Street, Suite 2100
                        Raleigh, NC 27601
                        Mike.James@usdoj.gov
                        Telephone: (919) 856-4530