UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00166-BAH |
| | : | |
| **JOHN GEORGE TODD III,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S AUGUST 12, 2022, MINUTE ORDER**

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant (the "parties") hereby respond to the Court's Minute Order (August 12, 2022) directing the parties to submit three proposed trial dates, pretrial conference, and pretrial motion schedule.

1. **Proposed Trial Dates.** The parties believe that this case will require a jury trial that may take up to five days. The parties propose trial to commence on December 5, 2022; December 12, 2022; or December 19, 2022.

2. **Pretrial Conference Dates.** Per the Court's Standing Order, ECF No. 8 at ¶ 10, which requires that a pretrial conference be set at least two weeks before trial, the parties submit the following proposed dates for the pretrial conference: November 21, 2022; November 28, 2022; or December 5, 2022

3. **Pretrial Motion Schedule.** The parties agree that the Court should set a schedule for pretrial motions, as follows:

    A. Pretrial motions, except *motions in limine,* s*ee* Standing Order, ECF No. 8 at ¶¶ 10-11 (linking the timing of *motions in limine* to the filing of the Joint Pretrial Statement), due: October 24, 2022**.**

B.  Responses due: November 7, 2022.
C.  Replies due:  November 21, 2022.

Respectfully submitted,

| | |
|---|---|
| JOHN GEORGE TODD III | MATTHEW M. GRAVES<br>United States Attorney |
| /s/ *Ronna Holloman-Hughes* | D.C. Bar No. 481052 |
| Ronna Holloman-Hughes | |
| FEDERAL PUBLIC DEFENDERS | By:  /s/ *Michael G. James* |
| 1000 Walnut | MICHAEL G. JAMES |
| Suite 600 | Assistant United States Attorney |
| Kansas City, MO 64106 | N.Y. Reg. No. 2481414 |
| 816-471-8282 | Office of the United States Attorney |
| Fax: 816-471-8008 | Eastern District of North Carolina |
| Email: ronna_holloman-hughes@fd.org | (on detail to the USAO-DC)<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>Mike.James@usdoj.gov<br>Telephone: (919) 856-4530 |