UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00166-BAH |
| | : | |
| **JOHN GEORGE TODD III,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

### MOTION TO WITHDRAW

Comes now Ronna Holloman-Hughes, Assistant Federal Public Defender, and respectfully submits the following in support of her Motion to Withdraw as Counsel. The Federal Public Defender Office for the Western District of Missouri was appointed to represent defendant on May 10, 2022. Defendant has had little contact with undersigned counsel.

On August 12, 2022, Mr. Todd, during a scheduling conference, stated to the court that he would retain counsel. Undersigned counsel has attempted to contact Mr. Todd via email and telephone on several occasions and has received no response.

Trial is scheduled for November 14, 2022, in the District of Columbia. Undersigned counsel cannot properly prepare if Mr. Todd refuses to have contact with her.

WHEREFORE, for the reason stated herein, the undersigned counsel respectfully requests this Court grant her leave to withdraw as counsel in this cause of action.

Respectfully submitted,

/s/ Ronna Holloman-Hughes
Ronna Holloman-Hughes
Federal Public Defender
1000 Walnut, Suite 600
Kansas City, Missouri 64106

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby certified that the foregoing was electronically filed and that notice of filing was sent to all parties of record pursuant to the Electronic Case Filing System on this 14th day of September 2022.

/s/ Ronna Holloman-Hughes
Ronna Holloman-Hughes