UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 22-cr-166-BAH |
| JOHN TODD GEORGE III | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Barry K. Disney entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: September 15, 2022         MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

                         By:      /s/ Barry K. Disney
                                  BARRY K. DISNEY
                                  Trial Attorney - Detailee
                                  Kansas Bar Number 13284
                                  United States Attorney's Office for the District of Columbia
                                  601 D Street, N.W.
                                  Washington, D.C. 20530
                                  Office: 202-305-4367
                                  Email: Barry.Disney@usdoj.gov

## CERTIFICATE OF SERVICE

On this 15th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Barry K. Disney*
BARRY K. DISNEY
Trial Attorney
