UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cr-00166-01-BAH |
| | ) | |
| **JOHN GEORGE TODD III,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**RESPONSE TO BOND MODIFICATION**

Comes now Ronna Holloman-Hughes, Assistant Federal Public Defender, and respectfully submits that counsel has no objection to the modifications of the defendant's bond to include:

(1) Obtain medical, psychiatric, or mental health treatment as directed by the U.S. Probation Office for the Western District of Missouri; and

(2) Submit his person, property, house, residence, vehicle, or office for a search conducted by an officer of the U.S. Probation Office for the Western District of Missouri and warn other occupants that the premises may be subject to searches pursuant to this condition.

Wherefore, counsel submits no objections to the proposed modifications.

Respectfully submitted,

/s/ Ronna Holloman-Hughes
Ronna Holloman-Hughes
Federal Public Defender
1000 Walnut, Suite 600
Kansas City, Missouri 64106

## CERTIFICATE OF SERVICE

      In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby certified that the foregoing was electronically filed and that notice of filing was sent to all parties of record pursuant to the Electronic Case Filing System on this 29th day of September 2022.

                                      /s/ Ronna Holloman-Hughes
                                      Ronna Holloman-Hughes