# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-cr-00166-01-BAH |
| ) | |
| JOHN GEORGE TODD III, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REORTAND SUGGESTIONS IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE**

Comes now Ronna Holloman-Hughes, Assistant Federal Public Defender, and as ordered provides this Court a status report on defendant, John George Todd II, and whether he can proceed to trial on this docket.

1. As the Court is aware Mr. Todd attempted suicide a couple of weeks ago. Based on this the Court amended his bond to include mental health assessment and treatment.

2. Undersigned counsel has spoken to Mr. Todd. He was recently released from Nevada Regional hospital, Friday October 7, 2022 and is currently living with his mother.

3. He has had one telehealth session with Comprehensive Mental Health in Independence, Missouri.

4. He has made an appointment with the Veterans Administration for services.

5. Undersigned counsel has emailed releases to Mr. Todd and will provide the court with an updated as that information is provided.

6. Because of her conversations with Mr. Todd, and his continued need for mental health assessment and treatment, counsel does not believe Mr. Todd can assist in his

   defense.

7. Mr. Todd does not object to this continuance request and understands that he is waiving his right to a speedy trial.

WHEREFORE Defendant, through counsel Ronna Holloman-Hughes request this case be continued from the trial docket beginning November 14, 2022.

>
> Respectfully submitted,
>
> /s/Ronna Holloman-Hughes
> Ronna Holloman-Hughes
> Assistant Federal Public Defender
> 1000 Walnut, Suite 600
> Kansas City, MO 64106
> (816) 471-8282

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that on October 12, 2022, one copy of the foregoing motion was electronically delivered to all participants of the ECF filing system.

> /s/ RONNA HOLLOMAN-HUGHES
> Ronna Holloman-Hughes