# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:22-cr-00166-BAH |
| JOHN G. TODD III, | ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Ronna Holloman-Hughes, Assistant Federal Public Defender for the Western District of Missouri and moves this Court for an Order granting leave to withdraw as counsel of record for Mr. Todd.

## SUGGESTIONS IN SUPPORT

1. On May 3, 2022, a sealed complaint was filed, charging the defendant with violations of 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building; 40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2. On May 3, 2022, an Information was filed, charging the defendant with violations of 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol

Building; and 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

3. On May 17, 2022, the defendant appeared before the Honorable Judge Robin M. Meriweather, United States Magistrate, for an initial appearance. The Federal Public Defender and her assistants were appointed to represent the defendant.

4. On May 20, 2022, the defendant appeared before the Honorable Judge Beryl A. Howell, United States Magistrate, for an arraignment and initial status hearing. Accelerated jury trial set for November 14, 2022.

5. On October 26, 2022, attorney John M. Pierce, entered a notice of appearance on behalf of the defendant.

WHEREFORE, for reasons set forth herein, Ronna Holloman-Hughes, moves this Court for an Order granting leave to withdraw as counsel of record for the defendant, John G. Todd III.

        Respectfully submitted,

        /s/Ronna Holloman-Hughes
        Ronna Holloman-Hughes
        Assistant Federal Public Defender
        1000 Walnut, Suite 600
        Kansas City, MO 64106
        816-471-8282

## **CERTIFICATE OF SERVICE**

It is CERTIFIED that the foregoing was electronically filed on this 27th day of October 2022, and that a copy was e-mailed to all parties pursuant to the ECF system.

/s/Ronna Holloman-Hughes
Ronna Holloman-Hughes