# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00166-BAH |
| | : | |
| **JOHN GEORGE TODD III,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## RESPONSE TO THE COURT'S NOVEMBER 4, 2022 ORAL ORDER

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant (the "parties") hereby respond to the Court's oral order directing the parties to submit three proposed trial dates. The parties propose trial to commence on September 18, 2023; September 25, 2023; or October 2, 2023.

Respectfully submitted,

JOHN GEORGE TODD III

/s/ John M. Pierce____
John M. Pierce
JOHN PIERCE LAW P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Michael G. James*_____
   MICHAEL G. JAMES
   Assistant United States Attorney
   N.Y. Reg. No. 2481414
   Office of the United States Attorney
   Eastern District of North Carolina
   (on detail to the USAO-DC)
   150 Fayetteville Street, Suite 2100
   Raleigh, NC 27601
   Mike.James@usdoj.gov
   Telephone: (919) 856-4530