UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00166-BAH |
| | : | |
| JOHN GEORGE TODD III, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT JOHN TODD'S MOTION FOR TRIAL BY MAGISTRATE JUDGE

NOW comes Defendant, John George Todd III, by and through his counsel of record, John M. Pierce, Esq., respectfully submits this request and waiver to this Honorable Court to proceed to trial by magistrate judge of the district.

John George Todd III was charged with violations of 18 U.S.C. § 1752(a) (1), and with 40 U.S.C. § 5104(e)(2)(D) and (G) by and through a criminal complaint filed on May 3, 2022.

Pursuant to 18 U.S.C. § 3401, a defendant that is charged with only misdemeanor may elect to expressly waive a trial, judgment and sentencing by a district judge and does so either in writing or by oral motion on the record.

Therefore, notice is hereby given that Defendant John George Todd III waives his right to a trial, judgment, and sentencing by a district court judge and hereby elects to proceed to a trial by a magistrate judge for the District of Columbia.

1

Dated: November 04, 2022

                                            Respectfully submitted,

                                            /s/ John M. Pierce
                                            John M. Pierce
                                            John Pierce Law P.C.
                                            21550 Oxnard Street
                                            3rd Floor PMB #172
                                            Woodland Hills, CA 91367
                                            P: (213) 349-0054
                                            jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 04, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce