UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:22-CR-00166-BAH |
| : | |
| **JOHN GEORGE TODD III.,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TRIAL BY MAGISTRATE JUDGE, ECF NO. 38

The United States of America, by and through the United States Attorney for the District of Columbia, hereby responds to the defendant's Motion for Trial by Magistrate Judge. The United States does not oppose the defendant's motion.[1]

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Registration Number 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530

---

[1] The government is currently evaluating additional charges that may otherwise constitute felonies.