# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:22-cr-00166 |
| : | |
| **JOHN GEORGE TODD III,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon good cause shown in Defendant's Unopposed Motion to Continue Status Hearing, made with no opposition from the United States, it shall be and hereby is

ORDERED, this 5th day of December 2022, that the status hearing set by video teleconference for December 6, 2022, at 11:00 a.m. is hereby VACATED, and it is further

ORDERED, that this status hearing is hereby scheduled for video teleconference for December 9, 2022, at 11:00 a.m., and it is further

ORDERED, that in the interests of justice the time between December 6, 2022, and December 9, 2022, shall not be counted under the Speedy Trial Act.

_____
Honorable Moxila A. Upadhyaya
United States Magistrate Judge
United States District Court for the District of Columbia