**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:22-cr-00166-BAH** |
| | : | |
| **JOHN GEORGE TODD III,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**STATUS REPORT IN RESPONSE TO STATUS HEARING**
**HELD ON DECEMBER 9, 2022**

Defendant John George Todd III, through undersigned counsel John M. Pierce, hereby

responds to the Status Hearing held on December 9, 2022.

1. The Defendant's outstanding fines to Jefferson County, Missouri Municipal Court

   were paid on January 4, 2023.

Date: January 5, 2023                    Respectfully Submitted,

                                         /s/ John M. Pierce
                                         John M. Pierce
                                         21550 Oxnard Street
                                         3rd Floor, PMB #172
                                         Woodland Hills, CA 91367
                                         Tel: (213) 400-0725
                                         Email: jpierce@johnpiercelaw.com

                                         *Attorney for Defendant*

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, January 5, 2022, I caused a
copy of the foregoing document to be served on all counsel through the
Court's CM/ECF case filing system.


<u>/s/ John M.  Pierce</u>
John M. Pierce