# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| V. | ) Case No. 22-cr-166 (MAU) |
| **JOHN GEORGE TODD,** | ) |
| Defendant. | ) |

### Daily Status Report Regarding Defendant While on Pre-Trial Release

Undersigned counsel communicated multiple times with Mr. Todd, both by telephone and by text. Mr. Todd is doing well and attended his appointment with his VA doctor today at 3:30 pm local time (4:30 pm Eastern Time). He has another appointment scheduled for Tuesday at 3:00 or 3:30 pm ET. He has also reached out to the other doctor mentioned during the hearing, who is an Army veteran, and left a message and is waiting to receive a call back.

Counsel also talked multiple times by telephone with Missouri pre-trial services officer Brian Graham. He indicated that pre-trial services would be visiting Defendant's house today to check on equipment, etc. Mr. Graham indicated that he would likely require Mr. Todd to visit the pre-trial office Friday and Monday, and then of course for the Tuesday hearing.

Counsel also spoke with DC pre-trial services office Christine Schuck today by telephone. Ms. Schuck indicated she had spoken to pre-trial services in South Carolina last night, and that they were scheduled to go to visit and vet Defendant's sister, Kristen Revels, one of the proposed third-party custodians, on Friday. In

addition, counsel e-mailed Ms. Schuck to let her know and to confirm that Kyle Revels, Kristen's husband, has also agreed to be a third-party custodian.

Counsel has also discussed obtaining a release form for medical records with both Mr. Graham and Ms. Schuck. They both indicated this may have to be a form that comes from the VA doctor since different providers have different forms they prefer to be used. Defendant indicated that he would inquire about that during his therapy session today.

Date: May 3, 2023

Respectfully Submitted,
   */s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce
