# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| V. | ) Case No. 22-cr-166 (MAU) |
| **JOHN GEORGE TODD,** | ) |
| Defendant. | ) |

**Daily Status Report Regarding Defendant While on Pre-Trial Release**

Counsel spoke with and texted with Defendant today. He is doing well, and there is nothing significant to report otherwise from him. Because it is the weekend, counsel did not attempt to contact any of the pre-trial services officers.

Date: May 6, 2023

Respectfully Submitted,
 */s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce