UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| V. | ) Case No. 22-cr-166 (MAU) |
| JOHN GEORGE TODD, | ) |
| Defendant. | ) |

### Weekly Status Report Regarding Defendant While on Pre-Trial Release

Counsel has communicated with Mr. Todd multiple times since the last hearing as well as his third-party custodian sister Ms. Revels. Counsel arranged for Mr. Todd's transportation to the Kansas City International Airport last week. Travel to South Carolina occurred without incident. Counsel has also spoken with Mr. Todd regarding his new conditions in South Carolina and his health status. He is doing extremely well in the new environment, he has his medications, he is continuing to proceed with his mental health treatment, he is complying with all pre-trial release conditions, and he is gainfully employed working at Mr. Revels' body shop and performing various other work tasks on the property. Mr. Todd has committed to inform counsel immediately if any issues arise, and counsel will immediately bring those to the Court's attention. Counsel apologizes for filing this report a day late (this was an oversight driven by trial starting in another January 6th case yesterday and was not intended to disrespect the Court in any fashion).

Date: May 16, 2023

Respectfully Submitted,
 /s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on May 16, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce