# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| V. ) | Case No. 22-cr-166 (MAU) |
| JOHN GEORGE TODD, ) | |
| Defendant. ) | |

### Weekly Status Report Regarding Defendant While on Pre-Trial Release

Counsel has communicated with Mr. Todd and Ms. Revels. He continues to do well with his health treatment, medications, and employment. He is gainfully employed on multiple work projects on Mr. and Mrs. Revels' South Carolina property. He has been diligent setting up and attending medical appointments now that things have been transferred to South Carolina and Asheville and has been in continuous communication with pre-trial services regarding same. VA is sending an iPad to Mr. Todd to help with some of his virtual appointments. Ms. Revels is also helping to set up a compensation appointment with a Veteran Services Officer. Also, Ms. Revels got Mr. Todd's son set up on messenger and they were able to screen share and watch a move together last night. He is in compliance with all release conditions and there is nothing else notable to report at this time.

Date: June 26, 2023

Respectfully Submitted,
 */s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce