UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>            )   Criminal No. 1: 22-cr-166 (MAU)<br>JOHN GEORGE TODD III    )<br>            )<br>    Defendant    )<br>            ) | |

DEFENDANT TODD'S MOTION AND NOTICE OF ELECTION TO BE TRIED BY JURY AFTER PREVIOUSLY INDICATING AN INTENT TO WAIVE TRIAL BY JURY

COMES NOW Defendant John George Todd ("Todd"), by and through undersigned counsel John Pierce, with this Motion and Notice regarding Defendant's waiver of trial by jury.

1. Todd has previously submitted a waiver of trial by jury.

2. However, after reflection, contemplation, research and consultation, Todd elects to be tried by a jury.

WHEREFORE defendant Todd hereby moves, and elects to be tried by jury, and not by bench trial.

Dated: September 13, 2023                                                              Respectfully Submitted,

/s/ John M. Pierce
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

1

## CERTIFICATE OF SERVICE

    I, John M. Pierce, hereby certify that on this day, September 13, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

        /s/ John M. Pierce
        John M. Pierce