UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JOHN GEORGE TODD III )<br>)<br>Defendant )<br>) | Criminal No. 1: 22-cr-166 (MAU) |

**Defendant Todd's Motion for Permission to Travel**

Defendant Todd's father is closing on a home in South Carolina approximately 30 minutes from Ms. Revels' home and his personal property is in a storage unit nearby (addresses have been provided to Pre-Trial Services). Neither Ms. Revels nor Mr. Revels is able to assist in the move due to work obligations. Ms. Revels is the trustee for their father's trust and is in constant contact with him. She also has access to Defendant's phone location data. Defendant and Ms. Revels respectfully move this Court for permission for Defendant to travel without the direct supervision of Ms. or Ms. Revels from the Revels' residence to their father's storage unit to their father's new home during the dates of October 5th 2023 through October 12th 2023 from morning until 2 p.m. Eastern Time, for the purpose of helping their father move his residence to one closer to the Defendant's own place of residence. Defendant will be with his father doing the required heavy lifting that his father is medically unable to do on his own as well as perform some repairs noted on the home inspection. At all relevant times until 2 p.m. Eastern Time, Defendant will be supervised by his father and in communication with the Revels. After that time during each day, he will also be supervised by Ms. or Mr. Revels.

Dated: October 4, 2023                                                  Respectfully Submitted,

                                                                   */s/ John M. Pierce*
                                                                    John M. Pierce
                                                                    21550 Oxnard Street
                                                                    3rd Floor, PMB #172
                                                                    Woodland Hills, CA 91367
                                                                    Tel: (213) 400-0725
                                                                    Email: jpierce@johnpiercelaw.com

1

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, October 4, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce