# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:22-CR-00166-MAU |
| : | |
| **JOHN GEORGE TODD III,** : | |
| : | |
| **Defendant.** : | |

## RESPONSE TO DEFENDANT TODD'S MOTION FOR PERMISSION TO TRAVEL

The United States of America, by and through the United States Attorney for the District of Columbia, hereby responds to the defendant's Motion for Permission to Travel. (ECF No. 97). The government does not object to the Defendant's Motion to Travel.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Allison K. Ethen*
Allison K. Ethen
MN Bar No. 0395353
Barry Disney
KS Bar No. 13284
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
612-664-5575
Allison.Ethen@usdoj.gov