# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **Criminal No. 1: 22-cr-166 (MAU)** |
| JOHN GEORGE TODD III | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT JOHN GEORGE TODD III'S SUPPLEMENTAL RECORD REGARDING INITIAL ARREST

Comes now John George Todd III ("Todd"), by and through counsel, with this supplemental record (with attachment) regarding Todd's initial arrest.

Attached is an FBI "302" (Interview Report Form FD-302) dated 5-16-2022 and written by Agents Aaron Michael Seigel and Andrew Brown.  The report describes an arrest team of 13 officers (SA Brown testified to "6 or 7").  The report describes the agents destroying and damaging Todd's door and entryway when no one answered, and describes a greater-than-two-hour period of communication between Todd and officers.  (SA Brown testified it was about an hour.)

The report also adds that Todd was placed in ankle restraints prior to Todd's remark "All this for walking around the Capitol after being let in?"  (SA Brown testified that Todd's shoe laces were removed, but did not mention the leg shackles.)

Dated: November 21, 2023                                    Respectfully Submitted,

_/s/ John M. Pierce_
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367

Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, November 21, 2023, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


/s/ John M. Pierce
John M. Pierce