FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/16/2022

    Pursuant to an arrest warrant issued in the District of Columbia (Case: 1:22-mj-00095), Special Agents and Task Force Officers of the Federal Bureau of Investigation located and arrested JOHN GEORGE TODD III, on May 10, 2022.

    On May 10, 2022, at approximately 0730 hours, members of the Kansas City FBI Joint Terrorism Task Force (JTTF) arrived at 2000 Southwest Ninth Street, Apartment D in Blue Springs, Missouri, the residence of TODD III. The team possessed an arrest warrant for TODD III issued by the District of Columbia U.S. Magistrate Judge Robin Meriweather, and a search and seizure warrant for TODD III's residence issued by Western District of Missouri U.S. Magistrate Judge Lajuana Counts (22-SW-00295-LMC). The following personnel participated in the execution of the arrest and search warrants:

- Task Force Officer (TFO) Aaron Seigel;
- TFO Thomas Hoegler;
- TFO Andrew Zumhofe;
- TFO Christopher Scott;
- Special Agent (SA) Joshua Waller;
- SA Simon Golob;
- SA Kristin Jensen;
- TFO Vincent Kingston;
- SA Jacob Green;
- SA Joel Sealer;
- SA Andrew Brown;
- Supervisory SA Dana Kreeger; and
- Blue Springs Police Officers M. Charlton and P. Beanland.

    Upon arrival to TODD III's residence, TFO Aaron Seigel called cellular telephone number 816-661-9785, which was the known phone number of TODD III, several times, but received no answer. TFOs and SAs knocked and announced numerous times at the front door of the residence with no response. JTTF personnel breached the front door of the residence. TFOs and SAs continued loud announcements for several minutes, but received no answer. JTTF personnel made entry into the residence to perform a security sweep. No threats or security issues were observed. Of note, the front door and a

UNCLASSIFIED//FOUO

Investigation on  05/10/2022  at  Sibley, Missouri, United States (In Person)

File #  176-KC-3433422                              Date drafted  05/12/2022

by  Aaron Michael Seigel, Andrew Brown

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

176-KC-3433422
Continuation of FD-302 of (U//FOUO) Arrest of John Todd III , On 05/10/2022 , Page 2 of 3

mirror in the front entry way of the residence sustained damage during the breach. Photographs were taken to document the damage, which can be found in the photography FD-302, serialized in the file. TFO Seigel provided KELSEY WILLIAMS and a representative of CJ Realty, the property management company, a point-of-contact at FBI Kansas City for additional information regarding handling of the damage. At about 0955 hours, KEVIN SHERRY with CJ Realty arrived to repair the front door of the residence.

A search of the residence, pursuant to the search warrant, was conducted by JTTF personnel. The search was documented to the file in a separate FD-302 authored by the Search Team Lead.

To determine TODD III's location, TFO Seigel attempted additional telephone calls to TODD III, leaving a voice mail requesting a return call. TFO Seigel also spoke with KELSEY WILLIAMS, TODD III's wife and cohabitant. WILLIAMS indicated she dropped TODD III off earlier in the morning at his boss' home in Blue Springs. WILLIAMS advised TODD worked in construction with intermittent access to his cellular telephone.

At about 0842 hours, TFO Seigel spoke with TODD III by telephone and requested to meet. TODD III advised he was working at a construction site without access to a vehicle. TODD III said he would consult with his supervisor and call back later. At about 1002 hours, TFO Seigel spoke with TODD III again by telephone. TODD III agreed to meet near the construction site located at 4512 block of North Allison Road in Sibley, Missouri. JTTF personnel made their way to the aforementioned area to meet TODD III. TFO Seigel received a telephone call from TODD III at 1044 hours indicating he was walking toward the area of North Allison Road and East Hostetter Road.

At about 1050 hours, JTTF personnel located TODD III in the 4500 block of North Allison Road. TFO Seigel identified himself and indicated an arrest warrant existed for TODD III related to offenses committed during U.S. Capitol riot on January 6, 2021. TFO Seigel searched TODD III incident to arrest and collected the below items from his person:

- Plastic sunglasses, with a "G" logo
- Mesh baseball cap with "Equipment Share"
- Cellular telephone cover
- Small lighter
- 1 can of Grizzly smokeless tobacco
- US Bank Debit Card 4190 0243 3306 1739
- US Bank Debit Card 4190 0243 3287 4504
- Missouri driver's license T112152016
- Debit Card 4403 9315 7498 9290

UNCLASSIFIED//FOUO

- Debit Card 5391 8651 1963 2687

A cellular telephone was located on TODD III's person and seized pursuant to the search warrant. Further details can be ascertained from a FD-302 authored by the Search Team Lead.

TFO Seigel applied handcuffs to TODD III's wrists, checked for proper fit, and double locked them. At first, the restraints were applied such that his hands were behind his back. Shortly after, the restraints were moved such that his hands were in front of his body. Restraints were also applied to his ankles. In both cases, TFO Seigel checked for proper fit and double-locked the devices.

TODD III was placed in the rear seat of an FBI vehicle and a seat belt was applied. TFO Seigel and SA Brown transported TODD III. The transportation of TODD III was documented to the file in a separate FD-302. Of particular note, during the initial transport from the arrest location to a nearby church parking lot, TODD III, without any provocation from the transporting TFO and SA, uttered, "All this for walking around the Capitol after being let in?" Upon arrival to the parking lot at Six Mile Baptist Church, 26005 East Blue Mills Road, Sibley, Missouri, TODD III was allowed to exit the vehicle for further processing. At that time, TFO Seigel advised TODD III of his constitutional rights by Miranda warning, using a FD-395. TODD III invoked his rights, requesting counsel prior to answering questions.

TODD III was transported from Six Mile Baptist Church to the U.S. Marshals Service, Western District of Missouri. During the transport, while approaching downtown Kansas City, Missouri, the Whitaker Federal Courthouse came into view. TFO Seigel pointed out the building to TODD III. Shortly thereafter, TODD III uttered without any provocation from the transporting TFO and SA, "So, I guess you know who I went out there with?" Neither TFO Seigel nor SA Brown inquired further.

After arriving at the U.S. Marshals Service, Western District of Missouri, TFO Seigel and SA Brown completed the necessary processing procedures and relinquished TODD III into the custody of the U.S. Marshals Service.

The executed search warrant return, executed arrest warrant return, and PD-395 Advice of Rights were submitted via a physical and digital 1A files.