UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 22-CR-00166-MAU |
| v. | : | |
| | : | |
| JOHN GEORGE TODD III, | : | |
| | : | |
| Defendant. | : | |

### JOINT STATUS REPORT IN RESPONSE TO THE COURT'S DECEMBER 1, 2023 MINUTE ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's Minute Order (December 1, 2023) directing the parties to submit a joint report addressing their positions on the Speedy Trial Act ("STA") after December 15, 2023.

### Governments Position on Speedy Trial Act

It is the Government's position that the defendant has agreed to toll his rights under the Speedy Trial Act ("STA") for both the counts in the Complaint and for any new charges that will be contained in the Indictment. As of December 15, 2023, no time has expired under the STA for any offense.

The filing of an Indictment does not restart the STA, 18 USC § 3161, as to any offense that is identical to an offense contained in the Complaint. *See, United States v. Marshall*, 935 F.2d 1298, 1302 (1991) (filing of a superseding indictment does not affect the speedy trial timetable for offenses either charged in the original Indictment or required under double jeopardy principles to be joined with such charges). Assuming, but not conceding, that the new charges in the Indictment were required to be joined for the purposes of double jeopardy with the charges in the Complaint, then the new counts also began to run with the filing of the Complaint. *Id.* However, any waiver

of the STA made under the Complaint would also attach to the new charges in the Indictment. *Id., See also: United States v. Roman*, 822 F.2d 261, 263 (2d Cir. 1987), *United States v. Novak*, 715 F.2d 810, 813 (3d Cir. 1983)(both concluding that when a charge in a superseding indictment must be tried within seventy days of the original indictment, time excluded from that period on the original indictment is likewise excludable on the superseding indictment).

Based upon the Government's calculations, as of December 15, 2023, no time under the STA has expired. The defendant's right to a trial within 70 days commenced on November 4, 2022, when the defendant consented in writing to be tried by a magistrate, 18 USC § 3161 ("If a defendant consents in writing to be tried before a United States magistrate judge on a complaint, the trial shall commence within seventy days from the date of such consent."). As set forth in the table below, the STA has been tolled for the entirety of time between November 4, 2022 and December 15, 2023.[1]

| Event | Date | ECF No. |
|---|---|---|
| Complaint Filed | 5/3/2022 | ECF 1 |
| Arrest Warrant Executed | 5/10/2022 | ECF 5 |
| Out of District Initial Appearance | 5/12/2022 | ECF 11 |
| Information Filed | 5/12/2022 | ECF 6 |
| Washington DC Initial Appearance | 5/17/2022 | Minute Entry 5/17/22 |
| Speedy Waiver | 5/17/2022-5/20/2022 | Minute Entry 5/17/22 |
| Speedy Waiver | 5/20/22-8/12/2022 | Minute Entry 5/20/22 |
| Speedy Waiver | 8/12/2022-11/14/2022 | Minute Entry and Minute Order 8/12/22 |
| Consent to trial by Magistrate | 11/4/22 | ECF 38 |
| Speedy Waiver | 11/4/2022-10/16/2023 | Minute Entry 11/4/22 |
| Speedy Waiver | 10/4/2023-12/15/2023 | Minute Entry 10/4/23 |

---

[1] If the defendant had not consented to being tried by a magistrate then five (5) days of the STA would have expired – from May 12, 2022 when the defendant made his out of district initial appearance through May 17, 2022 when he may his initial appearance in the District.

**Defendant's Position on Speedy Trial Act**

Counsel for the defendant has informed the Government that they do not agree that "no time" has tolled on the STA and believe the time limitation of the STA is close to expiring.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ *Barry K. Disney*
Barry K. Disney
KS Bar No. 13284
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Barry.Disney@usdoj.gov
Cell:  (202) 924-4861

**CERTIFICATE OF SERVICE**

On this 5th day of December, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

 /s/ Barry K. Disney
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Barry.Disney@usdoj.gov
Cell:  (202) 924-4861