Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   22-166   (BAH)

JOHN GEORGE TODD III   Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  12/13/2023  from  Magistrate Judge Moxila A. Upadhyaya  to  Judge Beryl A. Howell  by direction of the Calendar Committee.

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Magistrate Judge Moxila A. Upadhyaya   & Courtroom Deputy
      Judge Beryl A. Howell   & Courtroom Deputy
      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk