UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-00166-BAH |
| v. : | |
| : | |
| JOHN GEORGE TODD III, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANNT'S MOTION "TO PRECLUDE POST-EVENT CAMERA FOOTAGE"**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Response to the defendant's Motion to Preclude Post-Event Camera Footage. (ECF 145).

At this time, the government does not intend to introduce into evidence the entirety of the injured officer's body worn camera. Rather, the government plans to offer only a segment of the body worn camera that is 1:45 minutes in length. The first portion of the video shows the encounter with the defendant. At approximately the 1:10 mark the injury occurs. The video continues another 30 seconds until the officer disengages from the riotous crowd. In the segment, the officer provides no account of how the injury occurred and receives no treatment. The government provided the defendant with this 1:45 minute video on November 30, 2023 via USAfx marked as "410" in conformity with the trial exhibits previously provided.[1]

Accordingly, the government requests that the court deny the defendant's motion as it pertains to the 1:45 minute video. If the government desires to introduce into at trial a segment of the officer's body worn camera beyond what shown in Exhibit 410 it will do so in another exhibit.

Respectfully submitted,

---

[1] At the Court's request that government will provide chambers with a copy of Exhibit 410.

                MATTHEW M. GRAVES
                United States Attorney

By:    /s/ *Barry K. Disney*
        Barry K. Disney
        KS Bar No. 13284
        Assistant United States Attorney – Detailee
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Email:  Barry.Disney@usdoj.gov
        Cell:  (202) 924-4861

## **CERTIFICATE OF SERVICE**

On this 26th day of December, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        /s/ Barry K. Disney
        Assistant United States Attorney – Detailee
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Email:  Barry.Disney@usdoj.gov
        Cell:  (202) 924-4861