UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-00166-BAH |
| v. : | |
| : | |
| JOHN GEORGE TODD III, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR PERMISSION TO FILE A PRETRIAL STATEMENT WITHOUT INPUT FROM THE DEFENSE COUNSEL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion requesting that the court allow the government to file a pretrial statement without input from defense counsel. The government has been unsuccessful in engaging with defense counsel concerning the pretrial statement despite repeated attempts. In order to fulfill its obligation, the government requests it be allowed to file a pretrial statement setting forth the information known by the government and without input from the defense counsel. In support of this motion the government sets forth the following:

1. The court ordered the parties to file a joint pretrial statement on or before January 5, 2024. (ECF 8, Minute Order 12/15/2023). Pursuant to the court's order the pretrial statement requires the parties to set forth specific information that requires input from defense counsel (ex: voir dire statements upon which the parties agree, jury instructions upon which the parties agree, information from defense counsel regarding plea negotiations, a joint statement of the case).

2. The government has attempted to engage with defense counsel to obtain the information necessary to complete the joint pretrial statement but to date has been unsuccessful. Specifically:

    a. On December 21, 2023 the government emailed defense counsel a draft of a joint pretrial statement requesting edits or suggestions <u>as soon as possible.</u> To date, defense counsel has not responded to the email.

    b. On December 22, 2023 the government made a modification to the pretrial statement and emailed it to defense counsel. To date, defense counsel has not responded to the email.

    c. On January 2, 2024 the government resent the pretrial statement to defense counsel imploring: "**Please don't ignore this our wait until the last minute. If we need to meet to get this completed then let me know. We will make ourselves available**." To date, defense counsel has not responded to the email.

    d. On January 3, 2024 the government sent two emails to the defense counsel concerning the pretrial statement. At 10:44 a.m. the government offered to meet "anytime" to discuss the pretrial statement and emphasized the pretrial statement was due on January 6, 2024. At 1:37 p.m. the government sent a similar email emphasizing that preparation of the pretrial statement will require some time to complete. To date, defense counsel has not responded to the emails.

3. The government sent the emails to the address provided by defense counsel on the docket. The government has corresponded with defense counsel on previous occasions at these email addresses including an email sent by the government on January 2, 2024 at 12:32 p.m. requesting that defense counsel inform the court their other jury trial scheduled for January 22, 2024 had been continued. Shortly thereafter, at 1:12 p.m.,

defense counsel forwarded the government's email to chambers with a notice of the continuance.

4. Because the government has been unsuccessful in obtaining the necessary information from the defense to file a *joint* pretrial statement, it requests permission to file a pretrial statement containing only the information known by the government (ex: the *government's* jury instructions, the *government's* proposed statement of the case).

                                                                  Respectfully submitted,

                                                                  MATTHEW M. GRAVES
                                                                  United States Attorney

By:    /s/ *Barry K. Disney*
         Barry K. Disney
         KS Bar No. 13284
         Assistant United States Attorney – Detailee
         U.S. Attorney's Office for the District of Columbia
         601 D Street, N.W.
         Washington, D.C. 20530
         Email:  Barry.Disney@usdoj.gov
         Cell:  (202) 924-4861

## CERTIFICATE OF SERVICE

On this 4th day of January, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                /s/ Barry K. Disney
                                               Assistant United States Attorney – Detailee
                                               U.S. Attorney's Office for the District of Columbia
                                               601 D Street, N.W.
                                               Washington, D.C. 20530
                                               Email:  Barry.Disney@usdoj.gov
                                               Cell:  (202) 924-4861