UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.        CASE NO. 22-CR-00166-MAU

JOHN GEORGE TODD III,

    Defendant.

**DEFENDANT'S REPLY TO GOVERNMENT'S MOTION TO MODIFY STANDING ORDER RELATING TO THE PRETRIAL STATEMENT**

COMES NOW Defendant John George Todd III ("Todd"), by and through the undersigned counsel, and submits this Reply to the government's (ECF 157) motion to modify standing order relating to the Pretrial Statement.

The government has filed a premature motion before the parties' meet-and-confer session (which the Defense has e-mailed about today to schedule for a time prior to noon tomorrow – *which is the time the government requested it occur by* – but has not yet heard back from the government as of this filing). The Defense has been caught off guard by the United States' representation that "[t]he government has been unsuccessful in engaging with defense counsel concerning the pretrial statement despite repeated attempts. . ."

In counsel's experience, it is customary for joint statements to be finalized on the date of filing or the night before filing (which is consistent with the government's request that the meet-and-confer occur by noon tomorrow). We could point to many examples. Never have we experienced a situation where one party files a preemptive motion the day before a joint filing is due requesting permission from the court to allow the government "to file a pretrial statement without input from defense counsel," when that very party's own communications made clear that the meet-and-confer could occur as late as noon on the date of the filing.

In fact, the government requested that a meet-and-confer session take place before noon tomorrow. We intend to work with the United States regarding the joint statement and have reached out to set the time for that meet-and-confer.

In this case the parties have already worked out the bulk of their issues regarding jury instructions (at least with regard to the misdemeanor counts which were previously scheduled for trial). Note that the government, and not the defense, has potentially disrupted the schedule by filing an additional superseding charge—and threatening yet another superseding charge, which may under the Speedy Trial Act require a continuance of the current trial date.

This perhaps seems to be a matter mostly of miscommunication driven by a hectic post-holiday season week. Undersigned counsel has been preparing for a very important personal event that occurs this Saturday, and members of our firm have been traveling cross-country for this event. Also, the e-mails that were sent this week by the government did not include the firm's paralegal, who is largely responsible for monitoring communications about cases and scheduling events like meet-and-confer sessions.

We will cooperate with the government to meet the current pre-trial schedule and file a joint pretrial statement tomorrow, and we sincerely apologize for any miscommunication or confusion.

Date: January 4, 2024                                              Respectfully Submitted,

                                                                                   */s/ John M. Pierce*
                                                                                   John M. Pierce
                                                                                   21550 Oxnard Street
                                                                                   3rd Floor, PMB #172
                                                                                   Woodland Hills, CA 91367
                                                                                   Tel: (213) 400-0725
                                                                                   Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

    I, John M. Pierce, hereby certify that on this day, January 4, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
