UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-166 - BAH |
| | : | |
| JOHN GEORGE TODD, III | : | |
| | : | |
| Defendant. | : | |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's Standing Order, the parties hereby jointly submit this pretrial statement in advance of the January 22, 2024 trial in this matter.

**A.      Status of Plea Offers**

<u>By the Government</u>

*Offers made prior to the Indictment*

The government first extended a formal plea offer to resolve the case on or about June 11, 2022, in a written proposed plea agreement and accompanying statement of offense. The plea offer expired on June 20, 2022. The terms of the offer were as follows: Defendant Todd would plead guilty to Counts Three of the Information,  charging him with Disorderly Conduct on Capital Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D) and the Government would move to dismiss all remaining counts of the Information at sentencing.  This plea offer was delivered by email to the Assistant Federal Public Defender who represented Todd.  The government did not receive a response to the plea offer by the expiration date.  In a phone call with the Assistant Federal Public Defender, the government was advised that she was having difficulty communicating with the defendant.  On September 14, 2022, the Assistant Federal Public Defender moved to withdraw from the case citing the fact that the defendant has had "little

contact" with counsel. (ECF 166).

The government extended a second formal plea offer to resolve this case on or about August 21, 2023, in a written proposed plea agreement and accompanying statement of offense to current counsel, John Pierce. The plea offer expired on August 31, 2023. The terms of the offer were as follows: Defendant Todd would plead guilty to Counts Four of the Information, charging him with Parading, Demonstrating, or Picketing on Capital Grounds, in violation of 40 U.S.C. § 5104(e)(2)(G) and the Government would move to dismiss all remaining counts of the Information at sentencing. On August 31, 2023, counsel for the defendant advised the government that the defendant "is choosing to proceed to trial."

*Offers made after the Indictment*

In an email sent on December 15, 2023 - after the Indictment had been issued - the government inquired of defense counsel if the defendant was interested in pleading to a violation of 18 U.S.C. §§ 111(a)(1). The email explained that if the defendant was interested in such a plea agreement that the government would seek approval for the same and set a December 19, 2023 date for a response. The government did not receive a response by close of business on December 19, 2023.

On December 21, 2023, the government gave notice to defense counsel that it intended to seek to the crime of Obstruction, in violation of 18 U.S.C. § 1512 to the Indictment and advised that the December 19, 2023 deadline set forth above would be extended until December 29, 2023. The government did not receive a response to the December 21, 2023 email.

<u>By the Defendant</u>

Regarding defense communications of plea offers, it looks like the most recent plea offer was sent by email to Todd on 12/21/23 and Todd rejected it the same day. Beyond that we have

no information, as that occurred with prior counsel.

**B.     Joint Statement of the Case**

This is a criminal case. The United States has charged Defendant John George Todd, III with violating five separate federal criminal laws based on his conduct at the United States Capitol on January 6, 2021. Specifically, the United States alleges that John George Todd, III unlawfully assaulted, impeded, intimidated, or interfered with a law enforcement officer who was engaged in his official duties and in doing so inflicted bodily injury upon the officer, he unlawfully entered and remained on the Capitol grounds; he unlawfully engaged in disorderly and disruptive conduct; and he paraded, picketed or demonstrated on the Capitol grounds. Mr. Todd has pleaded not guilty to each charge, and he is presumed innocent of each of these charges.

**C.     Proposed Voir Dire Questions**

The parties' jointly-proposed voir dire questions are set forth in Exhibit 1.

**D.     Proposed Jury Instructions**

The parties' proposed jury instructions are set forth in Exhibit 2. To the extent the parties object to any proposed instructions, those objections are noted.

**E.     List of Expert Witnesses**

The defense has notified the government that they intend to call Steven Hill as a "use of force" expert. The government objects to the use of this expert.

**F.     List of Motions in Limine**

The following motion in limine have been filed with the outcome as noted:

1. Government Motion In Limine regarding authentication of publicly available video evidence (ECF 29) – granted. Minute Entry 11/15/23.

2. Government Motion to Admit Statement of the Defendant (ECF 96, 104) – granted. Minute Entry 11/15/23.

3. Government Motion in Limine on First Amendment Issues (ECF 110, 125) - outstanding

4. Government Motion in Limine on Law Enforcement Issues (ECF 111, 126) - outstanding

5. Defense Motion in Limine to allow evidence and discussion of CCTV footage location (ECF 118, 120) – denied by Minute Order 11/22/2023 – outstanding.

6. Defense Motion in Limine to preclude post-event evidence—outstanding.

**G.     List of Prior Convictions**

Defendant Todd has no prior convictions that the government intends to use for impeachment or any other purpose.

**H.     List of Government Exhibits**

The list of government exhibits is attached as Exhibit 3.

At this time, the United States has identified the majority of exhibits it intends to use at trial. The exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case.  The government also reserves the right to introduce any evidence produced to the defense in discovery.  The defendant reserves the right to object to any modifications to the exhibit list on grounds related to undue delay, timeliness, and fair notice.

I.      **Stipulations**

The government has proposed seven written stipulations to the defendant and further inquired about a stipulation to the foundation of certain videos. The Defendant has informed the government it will not agree to any stipulation.

J.      **Proposed Verdict Form**

A proposed verdict form is attached as Exhibit 4.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| JOHN GEORGE TODD<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| _/s/_<br>ROGER ROOTS<br>21550 Oxnard Street 3rd Floor, PMB #172<br>Woodland Hills, CA 91367 Tel: (213) 400-0725<br>Email:jpierce@johnpiercelaw.com<br>Attorney for Defendant | _/s/_<br>BARRY K. DISNEY<br>KS Bar No. 13284<br>Assistant United States Attorney – Detailee<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Email:  Barry.Disney@usdoj.gov<br>Cell:  (202) 924-4861 |