UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *Plaintiff*<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN GEORGE TODD,<br><br>*Defendant*. | Case No. 22-CR-00166-BAH |

<u>DEFENDANT'S MOTION TO FILE MOTION TO DISMISS OUT OF TIME</u>

The Defendant, John George Todd ("Todd"), by and through his attorney, files this Motion to file his motion to dismiss out of time.

Defendant has been rushed by the trial schedule and has had insufficient time to properly research and prepare. Mr. Todd has not yet been arraigned on the second superseding indictment. He requests leave of the court to file his motion to dismiss the new indictment out of time.

Date: January 25, 2024

Respectfully Submitted,

*/s/ Roger I. Roots*
Roger I. Roots
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (662) 665-1061
Email: rroots@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed on this January 25, 2024, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system. All attorneys of record will receive an electronic copy.

*/s/ Roger I. Roots*

Roger I. Roots