UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Plaintiff*

UNITED STATES OF AMERICA

v.

JOHN GEORGE TODD,

*Defendant.*

Case No. 22-CR-00166-BAH

DEFENDANT TODD'S STATUS REPORT REGARDING WITNESSES

Pursuant to the Court's order, Todd provides the following updates regarding the defense witnesses:

Bob Knapp, a friend of Mr. Todd, will likely be stricken. (The defense has been unable to contact him.)

Steven Hill, use of force witness, has been denied as an expert witness but may be available as an overview witness.

Dave Sumrall is a percipient witness who has again indicated he will waive 5th amendment privileges. He is represented by attorney Norm Pattis. Cases Sumrall has testified in are Gunby 21-cr-354 (APM), Alberts 21-cr-26 (CRC), Cusick Lesperance 21-575 (JDB), Thomas 21-cr-00552 (DLF).

James Manship is a Jan 6 witness who was dressed as George Washington on January 6. The defense has reached out to Manship by text, phone call, and Facebook messenger; but have not heard back from Mr. Manship by 5 pm.

Adam Hamm has a busy work schedule in another state and cannot travel to the trial. Thus he will not be used.

Date: January 26, 2024                                   Respectfully Submitted,

*/s/ Roger I. Roots*

Roger I. Roots

21550 Oxnard Street

3rd Floor, PMB #172

Woodland Hills, CA 91367

Tel: (662) 665-1061
Email: rroots@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document is being filed on this January 26, 2024, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system. All attorneys of record will receive an electronic copy.

*/s/ Roger I. Roots*

Roger I. Roots