UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 22-cr-166 (BAH) |
| JOHN GEORGE TOOD III, | |
| Defendant. | |

## GOVERNMENT'S RESPONSE TO THE DEFENDANT'S REQUEST FOR THE LESSER INCLUDED OFFENSE OF SIMPLE ASSAULT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the defendant's request for a lesser included offense of simple assault. If simple assault is presented as a lesser included offense the government requests the following modifications to the court's circulated jury instruction and verdict form.

**1. Insert the following before the "Definitions" in Count Two:**

If you find the defendant guilty of this offense, do not go on to the lesser included charge of Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees with Act Constituting Simple Assault. If you find the defendant not guilty, go on to consider whether he is guilty of the lesser included charge. This order will be reflected in the verdict form that I will instruct you to complete at the end of your deliberations. The elements of the lesser included charge are as follows.

**2. Include the following instruction for the simple assault lesser:**

Elements of Count Two – Lesser Included Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees with Act Constituting Simple Assault

To find the defendant guilty of this lesser included offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, that the defendant assaulted, resisted, opposed, impeded, intimidated, and ~~or~~ interfered with Officer N.R., an officer from the Metropolitan Police Department. While the charge is written with an "and," the government must prove beyond a reasonable doubt only that the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with Officer N.R., or any combination of the above.

Second: that the defendant did such acts forcibly.

Third: that the defendant did such acts voluntarily and intentionally.

Fourth: that Officer N.R. was assisting officers of the United States who were then engaged in the performance of their official duties.

**3. Add the following language to the verdict form after Count Two (c) and Before Count Three:**

"If you find the defendant Not Guilty in response to the questions in subparagraphs (a), (b), and (c) above, you must respond to the following:

(d) With respect to the lesser included charge of Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees with Act Constituting Simple Assault, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY                    _____ GUILTY

Respectfully Submitted,

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____/s/_____
BARRY K. DISNEY
KS Bar No. 13284
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Barry.Disney@usdoj.gov
Cell:  (202) 924-4861

## CERTIFICATE OF SERVICE

On this 3nd day of February, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

 /s/ Barry K. Disney
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Barry.Disney@usdoj.gov
Cell:  (202) 924-4861