CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JOHN GEORGE TODD III

Civil/Criminal No.: 22CR166 (BAH)



FILED
FEB 05 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### NOTE FROM JURY

Definition of Count 2 makes reference to Officer N.R. essential to the count, but the verdict form specifies impeding certain officers or Employees. Are we to consider the evidence of N.R., or all officers? Does this apply to Todd's conduct to all officers or just Officer Rathbun?

Date: 2/5/24
Time: 3:27

Juror 7 [signature]
FOREPERSON