CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA



**FILED**
FEB 05 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

JOHN GEORGE TODD III

Civil/Criminal No.: 22CR166 (BAH)

### NOTE FROM JURY

Dear Mr. Coates,

We will not be finished deliberating today and will need to ~~discuss~~ come back tomorrow. Can you come tell us what to do?

Date: 2/5/24

Time: 4:30

[signature] Juw 7
FOREPERSON