CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JOHN GEORGE TODD III

Civil/Criminal No.: 22CR166 (BAH)

**FILED**

FEB 06 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTE FROM JURY

We are continuing to deliberate.

We will not finish today.

Date: 4:40 pm

Time: 2/6/24

FOREPERSON