CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                            )          Civil/Criminal No.: _____22CR166 (BAH)_____
)
)
JOHN GEORGE TODD III           )
)

**FILED**

FEB 06 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

What do I do if I ~~have~~ (or several jurors) have concerns about another juror's impartiality. And specifically to "during [our] deliberations, you may consider only the evidence properly admitted at this trial." And that outside considerations are affecting their decision. What do we do?

Date: ~~02/05/24~~ 2/6/24

Time: 4:51 pm

~FOREPERSON/