UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL CASE NO. 22-166 (BAH) |
| ) | |
| JOHN GEORGE TODD III ) | |
| ) | |
| Defendant ) | |

**JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS**

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _See attached_

_____

_[signature]_

Attorney for the plaintiff

Date: _____

**Defendants:**

Exhibits: _See attached_

_____

_[signature]_

Attorney for the defendant

Date: _Feb. 5, 2024_