Government ☐
Plaintiff ☒
Defendant ☐
Joint ☐
Court ☐

**UNITED STATES OF AMERICA**
**VS.**

**JOHN GEORGE TODD III**

Civil/Criminal No.  **22-166 (BAH)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **OFFICIAL PROCEEDING Series 100** | | | | |
| 100 | US Capitol Grounds Map | 1/30/24 | 1/30/24 | Mendoza | |
| 101 | US Capitol Building First Floor Map | 1/30/24 | 1/30/24 | Mendoza | |
| 102 | US Capitol Building Second Floor Map | 1/30/24 | 1/30/24 | Mendoza | |
| 103 | US Capitol Building West Front Exterior Rendering | 1/30/24 | 1/30/24 | Mendoza | |
| 104 | US Capitol Perimeter Photo | 1/30/24 | 1/30/24 | Mendoza | |
| 105 | Video of Perimeter and "Area Closed" Signs on Fence outside US Capitol on January 6 2021 | | | | |
| 106 | Still Photo from Exhibit 105 | 1/30/24 | 1/30/24 | Mendoza | |
| 107 | January 5, 2021, Photograph of West Front of Capitol | 1/30/24 | 1/30/24 | Mendoza | |
| 108 | US Capitol Police Order 20.14 - Closing the West Front of Capitol | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 109 | US Capitol Police Press Release Regarding Closure of West Front of Capitol | | | | |
| 110 | U.S. Constitution 12th Amendment (Highlighted) | 2/9/24 | 2/9/24 | Schwager | |
| 111 | 3 U.S.C.A. Section 15 (Highlighted) | 2/9/24 | 2/9/24 | Schwager | |
| 112 | 3 U.S.C.A. Section 16 (Highlighted) | 2/9/24 | 2/9/24 | Schwager | |
| 113 | 3 U.S.C.A. Section 17 | 2/30/24 | 2/9/24 | Schwager | |
| 114 | 3 U.S.C.A. Section 18 | 2/9/24 | 2/30/24 | Schwager | |
| 115 | Senate Concurrent Resolution (Highlighted) | 2/30/24 | 2/9/24 | Schwager | |
| 116 | House Congressional Record of 117th congress | 2/30/24 | 2/9/24 | Schwager | |
| 117 | Senate Congressional Record of 117th congress | 2/9/24 | 2/30/24 | Schwager | |
| 118 | Video Montage with Congressional Record | 2/1/24 | 2/1/24 | Schwager | |
| 119 | USCP Compilation_ Clips Combined | 1/30/24 | 1/30/24 | Mendoza | |
| 120 | Senate Video Certificate of Authenticity | 2/1/24 | 2/1/24 | | |
| 121 | House Video Certificate of Authenticity | 2/1/24 | 2/1/24 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 122 | US Secret Service Head of State Worksheet VP Pence, Mrs. Pence, and Daughter | 1/30/24 | 1/30/24 | Hawa Mendoza | |
| 123 | US Secret Service Video with Radio Runs | | | | |
| 124 | US Secret Service Video VP Pence Departing Senate | 1/31/24 | 1/31/24 | Hawa | |
| 125 | Placeholder | | | | |
| 126 | Placeholder | | | | |
| 126 | Placeholder | | | | |
| | | | | | |
| | **US Capitol Closed Circuit Surveillance Series 200** | | | | |
| 200 | 0945 West Rooftop, approx. 2:38 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 201 | 0126 Upper West Terrace, approx. 2:44 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 202 | 0912 Upper West Terrace Door, approx. 2:40 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 203 | 0960 Rotunda North, approx. 2:45 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 204 | 0960 Rotunda North, approx. 2:56 pm | 1/30/24 | 1/30/24 | Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 205 | 0960 Rotunda North, approx. 3:05 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 206 | 0960 Rotunda North, approx. 3:07 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 206A | Exhibit | 1/30/24 | 1/30/24 | Mendoza | |
| 206B | Exhibit | 1/30/24 | 1/30/24 | Mendoza | |
| 207 | 7029 Rotunda Door Interior, approx. 3:16 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 208 | 0686 Rotunda Door Interior, approx. 3:16 pm | 1/30/24 | 1/30/24 | Mendoza | |
| 209 | Timelapse of West Front of US Capitol Building and Grounds | 1/30/24 | 1/30/24 | Mendoza | |
| 211 | 0945-Time lapse | 1/30/24 | 1/30/24 | Mendoza | |
| 212 | CCTV Exhibit locations | 1/30/24 | 1/30/24 | Mendoza | |
| 213 | CCTV Exhibit | 1/30/24 | 1/30/24 | Mendoza | |
| | **Open Source and Other Videos and Photos Related to Mr. Todd** <br> **Series 300** | | | | |
| 300 | Video WD6cP8kcD6Lx.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 301 | Video 4NEGpueQrpRcBygBB.mp4. | 1/30/24 | 1/30/24 | Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 302 | Video 2411w6LP58X7.mp4. | 1/30/24 | 1/30/24 | Mendoza | |
| 303 | Video 4 - 135849999_839754150154602_3235000522226632606_n (1).mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 304 | Video gettyimages-1295318532-640.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 305 | Video FREEDOMNEWS.TV.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 306 | Video ivcfaFaxRYaergMgB.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 307 | Photo ATHRnnmNpayv.JPG | 1/30/24 | 1/30/24 | Mendoza | |
| 308 | Video Todd cleared from upper west terrace FB video 10220776525854740.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 309 | Video Todd NW Stairs We Need More People Parler Video.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 310 | Video Todd Getty Video at Tunnel Project.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 311 | Video Trump Rally At The National Capital Building D.c, January 6th 2021.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 312 | CSPAN footage of Trump Speech [FULL] | 2/1/024 | 2/30/24 | Brown Mendoza | |
| 312.1 | Clip of 312 | 2/30/24 | 2/30/24 | Brown Mendoza | |
| 312.2 | Clip of 312 | 2/30/024 | 2/30/24 | Brown Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 312.3 | Clip of 312 | 2/10/24 | 2/10/24 | Mendoza | |
| 312.4 | Clip of 312 | 2/14/24 | 2/16/24 | Mendoza | |
| 313 | IMG_0227.mp4 | 1/30/24 | 1/30/24 | Mendoza | |
| 313 | Video | 1/30/24 | 1/30/24 | Mendoza | |
| 314 | Video | | | | |
| 315 | GOPRO773.mp4 | | | | |
| | **Metropolitan Police Body Worn Camera Series 400** | | | | |
| 400 | TRAVIS COLEY BWC X6039BF8E | 1/30/24 | 1/30/24 | Colley | |
| 401 | JAKE COLLETTI BWC X6039BF4Q | 1/30/24 | 1/30/24 | Colletti | |
| 402 | NOAH RATHBUN BWC X6039BJVD | 1/30/24 | 1/31/24 | Rathbun | |
| 403 | COLLEEN O'BRIEN BWC X6030238S | 1/30/24 | 1/31/24 | O'Brien | |
| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
| 404 | SEAMUS GALEY BWC X60300272 | 1/30/24 | | | |
| 404A | SEAMUS GALEY BWC X60300272 (Clip A) | 1/30/24 | 1/31/24 | Galey | |

| 404B | SEAMUS GALEY BWC X60300272 (Clip B) | 1/30/24 | 1/30/24 | Galey | |
| 405 | PATRICK KEPP BWC X81014782 | 1/30/24 | 1/30/24 | | |
| 405A | PATRICK KEPP BWC X81014782 (Clip A) | 1/30/24 | 1/30/24 | Galey | |
| 405B | PATRICK KEPP BWC X81014782 (Still Photo) | 1/30/24 | 1/3/24 | Galey | |
| 405C | PATRICK KEPP BWC X81014782 (Still Photo) | 1/30/24 | 1/30/24 | Galey | |
| 405D | PATRICK KEPP BWC X81014782 (Clip B) | 1/30/24 | 1/30/24 | Galey | |
| 405E | PATRICK KEPP BWC X81014782 (Still Photo) | 1/30/24 | 1/30/24 | Galey | |
| 405F | PATRICK KEPP BWC X81014782 (Clip C) | 1/30/24 | 1/30/24 | Galey | |
| | | | | | |
| | | | | | |
| | **Phone and Electronic Evidence Series 500** | | | | |
| **EXHIBIT NUMBER** | **DESCRIPTION OF EXHIBITS** | **MARKED FOR I.D.** | **RECEIVED IN EVIDENCE** | **WITNESS** | **EXHIBITS SENT INTO JURY** (date & time) |
| 500 | Email from john.todd3662@gmail.com to "Bob Stapp TEXAS MAGA" on January 6, 2021 with 11 photo attachments | 1/30/24 | 1/30/24 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 501 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/70/24 | Brown | |
| 502 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 503 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 504 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 505 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 506 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 507 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 508 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 509 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 510 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 511 | Photo attachment to email Exhibit 500 | 2/30/24 | 2/30/24 | Brown | |
| 512 | Email from john.todd3662@gmail.com to "Bob Stapp TEXAS MAGA" on January 6, 2021 with 1 video attachment | 2/30/24 | 2/7/24 | Brown | |
| 513 | Video attachment to email in Exhibit 512 | 2/30/24 | 2/30/24 | Brown | |

| 514 | Touch Tunes Mobile Receipt from Big C's Martini Shack on January 8, 2021 | 1/30/24 | 1/30/24 | | |
|---|---|---|---|---|---|
| | | | | | |
| | **Transcripts and Excerpts** <br> **Series 600** | | | | |
| 600 | Grand Jury Transcript of Testimony of Defendant on December 6, 2023 | 3/1/24 | | | |
| 600A | Redacted and Excerpts GJ transcript | 2/1/24 | 2/1/24 | Brown | |
| 601 | Placeholder for Excerpts of Exhibit 600 | | | | |
| 602 | Placeholder for Excerpts of Exhibit 600 | | | | |
| 603 | Placeholder for Excerpts of Exhibit 600 | | | | |
| 604 | Placeholder for Excerpts of Exhibit 600 | | | | |
| 605 | Placeholder for Excerpts of Exhibit 600 | | | | |
| | | | | | |
| | **Series 700** | | | | |
| 702 | Backpack collected by FBI | | | | |
| 703 | Capitol Exhibit ~~Deloitte~~ | 1/30/24 | 1/30/24 | Mendoza | |
| 704 | ~~PA Amendment~~ U.S. Capitol Police Timeline | 1/30/24 | 1/30/24 | Mendoza | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

JOHN GEORGE TODD III

Civil/Criminal No. 22-166 (BAH)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 705 | STIPULATION OF THE PARTIES | 2/1/24 | 2/1/24 | BROWN | |
| 706 | CAPITOL GROUNDS MAP | 2/2/24 | 2/2/24 | SUMRALL | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |