Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States
VS.
John George Todd III

Civil/Criminal No. 1:22-cr-166 (MAU)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Slideshow of Photos of Defendant & Family or Friends | | | | |
| 2 | CDU Operational Plan for the USCP | 1/30/24 | 1/30/24 | Mendoza | |
| 3 | OPR Interview with Inspector Robert Glover | | | | |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | | | | |
| 5 | DC-001-00000001[37] | | | | |
| 6 | Reserved | | | | |
| 7 | Photo of Stop Pence and Trump Protest Flyer | | | | |
| 8 | Schedule for Wednesday January 6th 2021 | 1/31/24 | | | |
| 9 | Open Source Video Protestors 3 | | | | |
| 10 | U.S. Capitol Grounds Demonstration Area Map | | | | |

| | | UNITED STATES | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | 1:22-cr-166 (MAU) |
| Plaintiff | ☐ | | | | |
| Defendant | ✓ | JOHN GEORGE TODD III | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Reserved | | | | |
| 12 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | | | | |
| 13 | USCPJanuary-6-Timeline[25142] | | | | |
| 14 | gao-22-104829[25148] | | | | |
| 15 | MPD-001-00000034[25146] | | | | |
| 16 | DC-FirstAmendment | | | | |
| 17 | Reserved | | | | |
| 18 | Open source video of J6 2 | 2/2/24 | 2/2/24 | Sunvall | |
| 19 | Open source video of J6 3 | 2/2/24 | 2/2/24 | Sunvall | |
| 20 | Open source video of J6 4 | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States of America
vs.
John George Todd III

Civil/Criminal No. 1:22-cr-166 (MAU)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Open source video of J6 5 | 2/2/24 | 2/2/24 | Sumrall | |
| 22 | Open Source Video of J6 6  Sumrall | 2/2/24 | 2/2/24 | Sumrall | |
| 23 | Open source video of J6 7 | | | | |
| 24 | 5 Demonstration Permits for J6 | | | | |
| 25 | Reserved | | | | |
| 26 | Pictures and Videos pertaining to #NWScaffoldCommander | | | | |
| 27 | Reserved | | | | |
| 28 | Reserved | | | | |
| 29 | Reserved | | | | |
| 30 | covering_riot_control_in_the_united_states_0 (1) | | | | |
| 24.1 | Coordination - Permit | 1/30/24 | 1/30/24 | Mendoza | |
| 24.3 | Coordination Questions | 1/30/24 | 1/30/24 | Mendoza | |

| | | | | |
|---|---|---|---|---|
| Government ☐ | United States of America | | | |
| Plaintiff ☐ | VS. | | Civil/Criminal No. | 1:22-cr-166 (MAU) |
| Defendant ☑ | John George Todd III | | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | | | | |
| 32 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | | | | |
| 33 | Impact_Munitions_Guide_ENGLISH | | | | |
| 34 | RiotID_Guide_ENGLISH | | | | |
| 35 | Letter from VP Pence | | | | |
| 36 | rubber bullets from above 2.mp4 | | | | |
| 37 | Firing Rubber Bullets from above.mp4 | | | | |
| 38 | ~~Reserved~~ Video of Officer Millard | 1/30/24 | 1/30/24 | Millard | |
| 39 | Open Source Video Protestors 1 | | | | |
| 40 | Open Source Video Protestors 2 | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES
VS.
JOHN GEORGE TODD III

Civil/Criminal No. 1:22-cr-166 (MAU)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | Photos and Videos regarding Pipe Bomb Suspect | | | | |
| 42 | Pictures and Videos pertaining to #redonredglasses | | | | |
| 43 | Open source video of J6 1 | | | | |
| 44 | Travis Coley BWC | | | | |
| 45 | Reserved | | | | |
| 46 | MAGAMAPGUIDE | 2/2/24 | 2/2/24 | Sumerel | |
| 47 | Montage of Protestor telling people to go to Capitol | | | | |
| 48 | ~~Reserved~~ U.S. Capitol Report of Inv | | | | |
| 49 | ~~Reserved~~ Kathbun Video | 1/31/24 | 1/31/24 | Rathbun | |
| 50 | ~~Reserved~~ Audio | 1/30/24 | 1/30/24 | Mendoza | |