CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 07 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

JOHN GEORGE TODD III

Civil/Criminal No.: 22CR166 (BAH)

## NOTE FROM JURY

Count 2, specifically 2a, uses "cause" and "inflict" with regards to bodily ~~harm~~ injury. It appears to use those words 'interchangeably,*' but those do not ~~~~ have the same meaning. Neither term is defined in Count 2's "Definitions" section.

Which term should the jury use for its deliberation?

Examples
- Page 7
  - Count 2, Paragraph 1, Line 2 "inflict bodily injury"
  - Count 2, Paragraph 2, Line 2, "Causing bodily injury"
- Page 8
  - Fifth element bullet, "defendant inflicted bodily injury"
  - Paragraph 2, "(a) caused bodily injury"
- Verdict Form
  - "Causing Bodily Injury"

Date: 2/7/24

Time: 12:05

FOREPERSON

*everyday, ordinary