UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN GEORGE TODD III,<br><br>Defendant. | Criminal Case No. 22-166 (BAH)<br><br>Judge Beryl A. Howell |

## VERDICT FORM

**COUNT ONE:** With respect to the charge of Obstructing, Influencing, or Impeding an Official Proceeding, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY        __✓__ GUILTY

**COUNT TWO:**

**(a)** With respect to the charge of Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees Causing Bodily Injury, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY        __✓__ GUILTY

**(b)** With respect to the charge of Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees with Acts Involving Physical Contact with the Victim of that Assault, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY        __✓__ GUILTY

**(c)** With respect to the charge of Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees with Intent to Commit Another Felony as charged in Count One, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY        __✓__ GUILTY

*(Proceed to (d) only if jury finds defendant "not guilty" of (a), (b), and (c).)*
**(d)** With respect to the charge of Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees with Acts Constituting Simple Assault, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY        _____ GUILTY

**COUNT THREE:** With respect to the charge of Entering or Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY    √ GUILTY

**COUNT FOUR:** With respect to the charge of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY    √ GUILTY

**COUNT FIVE:** With respect to the charge of Disorderly or Disruptive Conduct within a Capitol Building or Grounds, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY    √ GUILTY

**COUNT SIX:** With respect to the charge of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant John George Todd III:

_____ NOT GUILTY    √ GUILTY

DATE/TIME: 1:23, 2/7/24

FOREPERSON'S SIGNATURE