**From:** Steve Morgan
**Sent:** Thursday, May 30, 2024 2:31 PM
**To:** Emily Lambert
**Subject:** John Todd

Greetings to Emily Lambert  I'm writing to you today on behalf of John Todd. I need to let you know judge and attorney and the court know John Todd is a good friend of mine.  Good brother and a son and even a father. I knew John since 2013. He was working with me on different things and has helped me on Life. Im asking for you to show mercy to John Todd. He's a great person willing to help anyone.  Good encouraging. I know John has not had a easy life growing up. Family situation and he has faught a me mental illness in life. I as well have a learning disability myself. But I'm trying to manage. Please show some Mercy for people like John. Yes it was a mistake what happened. Prison is not the answer for John. He needs different help for what's going on.  He's a wonderful human being. And deserves a second chance. Prison and jail is not the right decision for him. Please release John. He's been through hell enough. Let John go home and work on his life.  Thank you for hearing me out. My mom even knows John Todd thinks of him as another son. Let justice be done for John Todd.

 Steve Morgan