**From:** Charlene Medford
**Sent:** Thursday, May 30, 2024 12:13 PM
**To:** Emily Lambert
**Subject:** John Todd

Good afternoon.
I wanted to share my thoughts about John. He is an awesome person who thinks about everyone else except himself. He is very loving to all of his family and friends. Never would hurt a fly. What is going on with him is not fair to this young man. All the things against him right now I find very hard to believe. I can't imagine how he feels internally while he is doing some time for something he was doing to stand up for all Americans. He has fought for our country and supports his fellow Americans which makes his mental status very hard to deal with already but being locked up for being an American is quite crazy. John wouldn't hurt a fly and loves everyone he meets. I met him when he moved in with his sister, Kirsten, and he is all around awesome person. Do anything to help anyone. One who would give the shirt off his back. I believe he shouldn't have any charges against him and he should be set free. Just don't understand how they can charge him or any other person there unless everyone there is gonna be charged. He has a young son who I know he loves dearly and him being in jail is putting a lot of unnecessary stress on John and his son. Please seek the best result for John and set him free from prison as all of this is hard on him mentally.
Thanks,
Charlene