**From:** jared price
**Sent:** Thursday, May 30, 2024 12:04 PM
**To:** Emily Lambert
**Subject:** John Todd

Hello, my name is Jared Price. I have known John since we were 14. He was my first friend whenever I moved to the Kansas City area. He was new. Also he had just moved from Maryland. I believe I can't remember exactly it's been a long time. John is an amazing person. He has always been there for me, he's like the brother I never had we used to do everything together. John really is an amazing person and a loving father. I think John has just had a very hard time with depression and feeling like he belongs. I think that's why he tried to join the military when he was younger. He just wanted to feel like he belongs somewhere, but he is such a great person if you were stuck somewhere, he would figure out a way to help you out. If you were moving he was the first person carrying a box whenever you need advice he tried to help. He's a great loving man and I miss him.

Sincerely
Jared price

1800 se high dr oak grove 64075
(816)915-8639