To whom it may concern:

My name is Mitch Trammel the pastor of the Riding for Jesus Cowboy Church in Pacolet South Carolina.

I have had the privilege of getting know John Todd Jr. through him coming to our church and also spending time with him outside of the church on occasions. What I have seen in John is a man that has given his life to serving the Lord in the midst of trials that he has faced. He and I were able to have some very personal conversation about his life. In what I have seen from John is a young man that served his country with pride and dignity. I also see in him as having a helpful personality willing to help his friends, neighbors, and even strangers in time of need. In my personal opinion John charter is a man of service to protect and serve others.

I pray that this short but specific letter gives you an idea of what a good man and father he is. My prayer is that this letter assists in knowing the loving and serving man John Todd Jr. is.

Thank you,

Pastor Mitch Trammel

*Pastor Mitch Trammel*

Riding for Jesus Cowboy Church