John is a very kind and compassionate person; he would give you the shirt off his back if needed. He has not always made the right decisions but had but made them for noble reasons. John has not had an easy life growing up. His father was more worried about who they loved more not raising them right. He was not there when he needed to be. John's stepfather Rich was great until he had his own son, Tyler. Then it seemed like John couldn't do anything right. He became verbally and physically abusive towards John.

There was a time where Rich and I were fighting, and the kids tried to stop him and they got thrown into the wall where the state came out and did counseling with everyone. Another time was when Rich beat John black and blue on his butt and legs. One time Rich's mom was in town and we were getting ready for church. John was wearing his friend's belt and Rich yelled at John and threw him across the room. Saying he was not allowed to wear that, and Rich's mom did nothing. There were many more incidents like this that my mind has blocked out I believe for self-preservation. It took me years to be able to have the courage to leave but the damage was already done.

I love John and know he is not perfect. He does not need to be in jail but needs more therapy than anything. John loves his son very much, but Aiden's mom also uses him as a pawn. John was not at the Capital to cause harm he was there and was allowed into the building to punish him for that is just wrong in my opinion.

Dee Langlais