UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-CR-166 (BAH) |
| | : | |
| **JOHN GEORGE TODD III,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT FILING IN COMPLIANCE WITH ECF NO. 247

The United States hereby files the cover letters to its sentencing exhibits, setting forth the total amount of damage incurred by each federal agency, with the names redacted. This complies with the order of the Court. *See* ECF No. 247 at fn. 5.

           Respectfully submitted,

           MATTHEW M. GRAVES
           UNITED STATES ATTORNEY

BY:      /s/ *Matthew Beckwith*
           MATTHEW BECKWITH
           DC Bar No: 90014452
           Assistant United States Attorney
           601 D Street, N.W.
           Washington, D.C. 20004
           Matthew.beckwith@usdoj.gov

           /s/ *Barry K. Disney*
           Barry K. Disney
           KS Bar No. 13284
           Assistant United States Attorney – Detailee
           U.S. Attorney's Office for the District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           Email:  Barry.Disney@usdoj.gov
           Cell:  (202) 924-4861

           /s/ *Allison K. Ethen*

Allison K. Ethen
MN Bar No. 0395353
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email: Allison.Ethen@usdoj.gov

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530