

Architect of the Capitol
U.S. Capitol, Room SB-16
Washington, DC 20515
202.228.1793

www.aoc.gov

June 14, 2024

United States Attorney's Office
601 D Street N.W.
Washington, DC 20530

To Whom It May Concern:

As a result of the events that occurred at the United States Capitol on January 6, 2021, the Architect of the Capitol suffered damages in the amount of $1,135,200.03.

This figure is a reduction of $42,054.00 from our last estimate, forwarded on October 13, 2022. The difference is from actual costs realized versus estimates.

The amount listed above does not include overtime labor costs for the Capitol Building and Grounds team, nor costs incurred in other areas of the Capitol complex, to include project delays and installation of temporary security measures.

Sincerely,



Chief Security Officer