| | |
|---|---|
| SONCERIA ANN BERRY<br>SECRETARY | SUITE S–312<br>THE CAPITOL<br>WASHINGTON, DC 20510–7100<br>(202) 224–3622 |

# United States Senate
OFFICE OF THE SECRETARY

June 11, 2024

Ms. Benet J. Kearney
United States Attorney's Office
601 D Street, NW
Washington, DC 20530

Dear Ms. Kearney:

The previous letter from the Office of the Secretary of the Senate, dated May 25, 2022, stated that the expenses resulting from the riot at the United States Capitol on January 6, 2021, were calculated to be $32,075.00. These expenses are for damages to the Senate Collection and remain unchanged as of today.

The total cost of $32,075.00 comprises expenses associated with damages to different items in the Senate Collection. I have attached a spreadsheet that enumerates these expenses, includes descriptions of the tasks performed on various items in the Collection, and contains related information.

Please contact me with any further questions that you may have.

Sincerely,

[signature redacted]

General Counsel to the Secretary

Cc:     Office of Senate Legal Counsel