KAREN H. GIBSON
SERGEANT AT ARMS

SUITE S–151
THE CAPITOL
WASHINGTON, D.C. 20510-7200
(202) 224-2341

# United States Senate
## OFFICE OF THE SERGEANT AT ARMS

June 12, 2024

U.S. Attorney's Office
601 D Street N.W.
Washington, D.C. 20530

To Whom it May Concern:

    As a result of the riot that occurred at the United States Capitol on January 6, 2021, the U.S. Senate Sergeant at Arms suffered damages in the amount of $79,490.05 and is seeking restitution of that sum through the cases being prosecuted by the United States. An enumerated list of the damage is included in the accompanying Exhibit A, which is attached to and made a part of this letter.

Sincerely,

[signature redacted]

Acting Assistant Sergeant at Arms
For Capitol Operations

Enc: Exhibit A